*Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 337. BOSTON PRESSED METAL CO. *v.* UNITED STATES. October 20, 1930. Petition for writ of certiorari to the Court of Claims granted. *Mr. Harry Friedman* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs. Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 463. DANIEL REEVES, INC., *v.* ANDERSON, COLLECTOR. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Elkan Turk* and *Herman Goldman* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch* and *S. Dee Hanson* for respondent.

No. 195. COLUMBUS & GREENVILLE RY. CO. ET AL. *v.* MILLER, STATE TAX COLLECTOR. October 20, 1930. Petition for writ of certiorari to the Supreme Court of Mississippi granted. *Messrs. William H. Watkins, R. C. Stovall,* and *A. F. Gardner, Sr.,* for petitioners. *Messrs. George Butler* and *Simon Rosenthal* for respondent.

No. 330. TWIN CITY PIPE LINE CO. ET AL. *v.* HARDING GLASS CO. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. J. P. Woods* for petitioners. *Messrs. Joseph R. Brown* and *James B. McDonough* for respondent.